166 So.2d 741

**STATE of Louisiana**

**v.**

**Roger Dale ODOM.**

**No. 47444.**

Aug. 20, 1964.

In re: Roger Dale Odom applying for writs of certiorari and mandamus.

The application is denied. Considering the showing made in the application and the written response of the trial judge to the application herein, it does not appear that the trial judge erred in finding the presumption great as to the crime charged.

166 So.2d 741

**Marie Baucum SCOTT and Olive Dawson Baucum**

**v.**

**HUNT OIL COMPANY, Placid Oil Company and General American Oil Company of Texas.**

**No. 47463.**

Aug. 20, 1964.

In re: Marie Baucum Scott and Olive Dawson Baucum applying for writs of mandamus.

Application denied. The relief sought is not of the type or character which can be granted under the jurisdiction of this Court.